Certificate Number: 05781-CAC-DE-041401724

Bankruptcy Case Number: 26-17730

05781-CAC-DE-041401724

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2026, at 5:11 o'clock PM PDT, Tanishia McBride completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: September 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President